1028

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST ALLEN REVEY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-00219-3, Charles R. Snyder, J., entered May 18, 2005. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. JEROME BASIM MANNAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01705-6, Anita L. Farris, J., entered April 27, 2005. *Affirmed in part, reversed in part, and remanded* by unpublished per curiam opinion.

NCF FINANCIAL, INC., *Appellant*, v. WEBFORIA, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-02147-2, Steven C. Gonzalez, J., entered July 29, 2005. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick, C.J., and Becker, J.

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM R. COGGIN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-01098-8, Steven J. Mura, J., entered August 8, 2005. *Affirmed in part, reversed in part, and remanded* by unpublished per curiam opinion.